UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHRISTOPHER WALSH, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) No. 2:16-cv-42 |
| NANCY BERRYHILL, | ) Reeves/Corker |
| **Acting Commissioner of Social Security**, | ) |
| *Defendant*. | ) |

### Judgment

Per the accompanying Memorandum Opinion and Order, the Court **ADOPTS** the R&R. The Commissioner's motion for summary judgment is **GRANTED**, and this suit is **DISMISSED with prejudice**.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1